# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV13-03110-WDK(PLAx) | Date | December 4, 2013 |
| Title | J & J Sports Productions Inc. v. Sagrario Armida Carlson | | |

**Present: The Honorable**  William D. Keller, United States District Court Judge

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**         (IN CHAMBERS)

    On November 1, 2013 a joint stipulation extending time to answer the complaint within 30 days from the date of the stipulation, was filed. The deadline has elapsed without compliance.

    The Court, on its own motion, orders plaintiff to show cause in writing on or before **December 11, 2013**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

    Answer by the defendant; or

    Plaintiff(s) filing an Application for Default (FRCivP 55a).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the plaintiff's response. Failure to respond to this order may result in dismissal of the complaint.

    IT IS SO ORDERED.

                                                                                                              Initials of Preparer   pg